IN THE COMMON PLEAS COURT OF LANCASTER COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

TYRONE L. ALLEN, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05653

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __SUMMONS & COMPLAINT__

I, __Kenneth Scott__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve TYRONE L. ALLEN the above process on the __18__ day of __January__, 20__17__, at __11:40__ o'clock, __A__ M, at 5307 Valiquet Ave Apt B Baltimore, MD 21206

**Manner of Service:**

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

☐ By handing a copy to the Defendant(s)

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: __LATISHA JOHNSON__
Relationship/Title/Position: __Co-RESIDENT__
Remarks: _____
Description: Approximate Age __41-45__ Height __5'7"__ Weight __185 lbs__ Race __LIGHT BROWN__ Sex __FEMALE__ Hair __BROWN__

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __MARYLAND__ )
                                    ) SS:
County of __BALTIMORE__              )

Before me, the undersigned notary public, this day, personally, appeared __Kenneth Scott__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this __10__ day of __January__, 20__17__.

_____
Notary Public

File Number: USA-158180
Case ID #: 4788965